MEMO ENDORSED

Sheehan & Associates, P.C.

Spencer Sheehan
spencer@spencersheehan.com

60 Cuttermill Rd Ste 409
Great Neck NY 11021

T (516) 268-7080
F (516) 234-7800

November 3, 2021

District Judge Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas St.
White Plains, NY 10601

Re:   7:21-cv-03117-KMK
      Anderson v. Unilever United States, Inc.

Dear District Judge Karas:

This office represents the plaintiff. On October 22, 2021, this Court scheduled a pre-motion conference for November 4, 2021, at 10:00 AM. ECF No. 16. Regrettably, my office was informed this past Saturday of another conference to be held tomorrow at 10:15 AM, where the undersigned is required to participate.

Plaintiff respectfully requests that the conference tomorrow be adjourned from 10:00 AM to 11:30 AM. Defendant's counsel consents to the present request. This request should have been made prior to today and I regret this did not occur.

In accordance with your Honor's Emergency Rules, this request was made to the Chambers Email Address moments before filing this letter. The phone number of this office is (516) 268-7080. Thank you.

Respectfully submitted,

/s/Spencer Sheehan

Granted. The conference will go forward at 11:30.

SO ORDERED

KENNETH M. KARAS U.S.D.J.

11/4/2021

## Certificate of Service

I certify that on November 3, 2021, I served and/or transmitted the foregoing by the method below to the persons or entities indicated, at their last known address of record (blank where not applicable).

|  | CM/ECF | First-Class Mail | Email | Fax |
|---|---|---|---|---|
| Defendant's Counsel | ☒ | ☐ | ☐ | ☐ |
| Plaintiff's Counsel | ☒ | ☐ | ☐ | ☐ |
| Courtesy Copy to Court | ☐ | ☐ | ☐ | ☐ |

/s/ Spencer Sheehan