IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALIYAH ANDERSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br><br>UNILEVER UNITED STATES, INC.,<br><br>Defendant. | Case No. 21-cv-3117 (KMK)<br><br><br>**NOTICE OF MOTION**<br><br>**ORAL ARGUMENT REQUESTED** |

**DEFENDANT UNILEVER UNITED STATES, INC.'S NOTICE OF
MOTION TO DISMISS AMENDED COMPLAINT UNDER FED. R. CIV. P. 12(B)(6)**

PLEASE TAKE NOTICE that, upon the accompanying memorandum of law in support of its motion to dismiss and the declaration of Michael J. Duvall in support of its motion to dismiss, and the exhibit thereto, Defendant Unilever United States, Inc. will move this Court before the Honorable Kenneth M. Karas, at the United States Court House, 300 Quarropas Street, Chambers 533, White Plains, New York 10601-4150, on a date and at a time designated by the Court, for an Order, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, dismissing Plaintiffs' First Amended Complaint with prejudice and granting such other relief as the Court deems just and proper.

Dated: December 3, 2021

                                                Respectfully submitted,

                                                By: */s/ Michael J. Duvall*
                                                   John R. Vales
                                                   Catharine Luo
                                                   1221 Avenue of the Americas

        New York, NY 10020
        Tel: (212) 768-6700
        Fax: (212) 768-6800
        john.vales@dentons.com
        catharine.luo@dentons.com

        Michael J. Duvall (admitted *pro hac vice*)
        601 South Figueroa Street
        Suite 2500
        Los Angeles, CA 90017-5704
        Tel: (213) 623-9300
        Fax: (213) 623-9924
        michael.duvall@dentons.com

        *Attorneys for Defendant*
        *Unilever United States, Inc.*

TO:    Spencer Sheehan
        60 Cutter Mill Rd Ste 409
        Great Neck NY 11021-3104
        Tel: (516) 268-7080
        Fax: (516) 234-7800
        spencer@spencersheehan.com

        *Attorneys for Plaintiff*